(93 South. 305)

## CARTWRIGHT v. CITY OF BIRMINGHAM. (6 Div. 923.)

(Court of Appeals of Alabama. Jan. 10, 1922. Rehearing Denied Feb. 21, 1922.)

1. **Criminal law ⬤⇒562—Evidence obtained by illegal search may be used.**

There may be conviction on evidence obtained by illegal search of defendant's house and person.

2. **Criminal law ⬤⇒1129(1)—Appeal dismissed in absence of assignments of error.**

There being no assignment of errors in the record, appeal will be dismissed.

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

Ida Cartwright was convicted in the recorder's court of violating a prohibition ordinance of the City of Birmingham. She appealed to the circuit court, where she was again convicted, and she again appeals. Appeal dismissed.

Thomas J. Judge and Thomas J. Roe, both of Birmingham, for appellant.

Counsel discuss the merits of the appeal and in support thereof cite 255 U. S. 313 and 316, 41 Sup. Ct. 266, 65 L. Ed. 654.

W. J. Winn and G. L. Bailes, both of Birmingham, for appellee.

Brief of counsel did not reach the Reporter.

SAMFORD, J. It was shown that the case of the prosecution rested upon evidence obtained by an illegal search of defendant's house and person—to which due exception was reserved. The judgment would be affirmed on authority of Banks v. State (Ala. App. 5 Div. 375) 93 South. 293;[1] Shields Case, 104 Ala. 35, 16 South. 85, 53 Am. St. Rep. 17; Pope's Case, 168 Ala. 35, 53 South. 292; Robertson v. City of Montgomery, 201

Ala. 198, 77 South. 724. But there being no assignment of errors in the record, the appeal is dismissed.

Appeal dismissed.